| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Amanda Seabock, Esq., SBN 289900 |
| 2 | Christopher Seabock, Esq., SBN 279640 |
| | Bree Durso, Esq., SBN 307198 |
| 3 | 100 Pine St., Ste 1250 |
| | San Francisco, CA 94111 |
| 4 | (858) 375-7385; (888) 422-5191 fax |
| | BreeD@potterhandy.com |
| 5 | Attorneys for Plaintiff |
| 6 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 7 | AMBER L. ROLLER, CA Bar No. 273354 amber.roller@ogletree.com |
| | J. NICHOLAS MARFORI, CA Bar No. 311765 nicholas.marfori@ogletree.com |
| 8 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| 9 | Telephone: 213-239-9800 |
| | Facsimile: 213-239-9045 |
| 10 | Attorneys for Defendant |
| | GREENLAND LA METROPOLIS HOTEL DEVELOPMENT LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case No.: 2:20-cv-10603 FLA |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| v. | |
| **Greenland LA Metropolis Hotel Development LLC; ;** | |
| ; and Does 1-10, | |
| Defendants | |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the plaintiff Orlando Garcia and defendant Greenland LA Metropolis Hotel Development LLC that this action may be dismissed in its entirety with prejudice as to all parties. Each party shall bear his/its own attorneys' fees, expert fees, and costs.

| | |
|---|---|
| Dated: | CENTER FOR DISABILITY ACCESS |
| | By: _____ |
| | Bree Durso |
| | Attorneys for Plaintiff |

| | |
|---|---|
| Dated: | |
| | By: /s/ J. Nicholas Marfori |
| | Ogletree, Deakins, Nash, Smoak, & Stewart, P.C. |
| | J. Nicholas Marfori |
| | Attorneys for Defendant |

**SIGNATURE CERTIFICATION**

I, Bree Durso, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: | CENTER FOR DISABILITY ACCESS |
| | By: _____ |
| | Bree Durso |
| | Attorneys for Plaintiff |