JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREENLAND LA METROPOLIS HOTEL DEVELOPMENT LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-10603-FLA (AGRx)<br><br>**ORDER LIFTING STAY AND DISMISSING ACTION [DKT. 49]** |

1

On October 3, 2022, Plaintiff Orlando Garcia ("Plaintiff") filed a Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation"), requesting the court dismiss the action in its entirety with prejudice. Dkt. 49. Having considered the Joint Stipulation for Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The stay imposed by the court on August 1, 2022 is LIFTED.
3. The court DISMISSES the action with prejudice, with each party to bear his or its own attorney's fees, expert fees, and costs.

IT IS SO ORDERED.

Dated: October 4, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge